**Marc PLAVIN and Toni Reiss, Parents and next friends of Rachel Leah Reiss–Plavin, Petitioners–Appellants,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 98–5168.

United States Court of Appeals, Federal Circuit.

Sept. 8, 1999.

Rehearing Denied; Suggestion for Rehearing In Banc Declined Oct. 20, 1999.

Robert T. Moxley, Gage and Moxley, of Cheyenne, Wyoming, argued for the petitioners-appellants.

Mary Hampton Mason, Attorney, Torts Branch, Civil Division, U.S. Department of Justice, of Washington, D.C., argued for the respondent-appellee. With her on the

brief were Frank W. Hunger, Assistant Attorney General, Helene M. Goldberg, John Lodge Euler, and Gerard W. Fischer, Attorneys.

Before MAYER, Chief Judge, LOURIE, Circuit Judge, and BLACK, District Judge.[*]

MAYER, Chief Judge.

The judgment of the United States Court of Federal Claims is affirmed for the reasons set forth in this court's opinion in *Hanlon v. Secretary of Health and Human Services*, 98–5120, —— F.3d ——, 1999 WL 692347 (Fed.Cir. Sept. 8, 1999), filed today.

[*] Honorable Bruce D. Black, District Judge, United States District Court for the District of New Mexico, sitting by designation.